```
 1  THOMAS F. LANDERS [SBN 207335]
    tlanders@swsslaw.com
 2  MEI-YING M. IMANAKA [SBN 280472]
    mimanaka@swsslaw.com
 3  SOLOMON WARD SEIDENWURM & SMITH, LLP
    401 B Street, Suite 1200
 4  San Diego, California 92101
    (t) 619.231.0303
 5  (f) 619.231.4755

 6  Attorneys for Defendants
    ENCORE CAPITAL GROUP, INC.,
 7  MIDLAND FUNDING, LLC, and
    MIDLAND CREDIT MANAGEMENT, INC.
 8
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAMILTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE CAPITAL GROUP, INC.,<br>MIDLAND FUNDING, LLC,<br>MIDLAND CREDIT MANAGEMENT,<br>INC. & DOES 1 - 10,<br><br>Defendants. | Case No.  **'16 CV2273 WQHNLS**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**<br><br>State Court Complaint filed 02/26/16 |

P:01064959:87025.188

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a) and 1331, Defendants Encore Capital Group, Inc. ("Encore"), Midland Funding, LLC ("Midland"), and Midland Credit Management, Inc. ("MCM") (collectively "Defendants") hereby remove this action from the Superior Court of the State of California for the County of San Diego, Case No. 37-2016-00006522-CL-MC-CTL (the "State Case") to the United States District Court for the Southern District of California. The grounds for this removal are:

**FACTUAL SUMMARY**

1. On February 26, 2016, plaintiff Richard Hamilton commenced the State Case alleging violations of the federal Fair Debt Collection Practices Act (15 U.S.C. §§ 1692 *et seq.*), the Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code §§ 1788 *et seq.*) and the Fair Debt Buying Practices Act (Cal. Civ. Code 1788.50 §§ *et seq.*).

2. Defendants were served with the State Case on August 9, 2016.

3. This notice is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty days after service of the complaint.

**JURISDICTION**

4. Removal is proper pursuant to 28 U.S.C. § 1441(a), which entitles a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction," and 28 U.S.C. § 1331, which gives district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The district court has supplemental jurisdiction over the alleged state law claims because they are so related to the claim over which the district court has original jurisdiction that they "form part of the same case or controversy." 28 U.S.C. § 1367(a).

1     5.    Pursuant to 28 U.S.C. § 1446(a), Defendants attach as **Exhibit 1** and **Exhibit 2**, Plaintiff's Complaint and Defendants' Answer in the State Court action.

DATED: September 8, 2016    SOLOMON WARD SEIDENWURM & SMITH, LLP

By: *s/Thomas F. Landers*
THOMAS F. LANDERS
MEI-YING M. IMANAKA
Attorneys for Defendants
ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC.